```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 27234
   DONALD E FLEMING
   PATSY D FLEMING                             CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

           Debtor
   SSN XXX-XX-3216     SSN XXX-XX-0223

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 07/22/2004 and was confirmed 11/17/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 12/08/2008.
--------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------
BENEFICIAL HOUSEHOLD~     CURRENT MORTG         .00            .00           .00
CHASE MANHATTAN MORTGAGE  CURRENT MORTG         .00            .00           .00
CHASE MANHATTAN MORTGAGE  MORTGAGE ARRE     6778.15            .00       6778.15
CHASE MANHATTAN MORTGAGE  NOTICE ONLY    NOT FILED             .00           .00
CITY OF CHICAGO WATER DE  SECURED            527.98            .00        527.98
ECAST SETTLEMENT CORP     SPECIAL CLASS     1422.75         187.42       1422.75
ECAST SETTLEMENT CORP     UNSEC W/INTER     2986.59         466.86       2986.59
INTERNAL REVENUE SERVICE  PRIORITY          3553.57         382.18       3553.57
CAPITAL ONE BANK          FILED LATE        2855.82            .00           .00
CAPITAL ONE BANK          FILED LATE         724.47            .00           .00
CAPITAL ONE BANK          FILED LATE         449.14            .00           .00
CAPITAL ONE BANK          FILED LATE         518.21            .00           .00
PROVIDIAN                 UNSEC W/INTER  NOT FILED             .00           .00
RESURRECTION HOSPITAL     UNSEC W/INTER  NOT FILED             .00           .00
INTERNAL REVENUE SERVICE  UNSEC W/INTER  NOT FILED             .00           .00
CITY OF CHICAGO WATER DE  UNSEC W/INTER  NOT FILED             .00           .00
CHASE MANHATTAN MORTGAGE  COST OF COLLE      450.00            .00        450.00
ZALUTSKY & PINSKI LTD     REIMBURSEMENT      194.00            .00        194.00
ZALUTSKY & PINSKI LTD     DEBTOR ATTY      2,700.00                     2,700.00
TOM VAUGHN                TRUSTEE                                       1,248.83
DEBTOR REFUND             REFUND                                          406.67

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                   RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE           21,305.00

PRIORITY                                  3,747.57
    INTEREST                                382.18
SECURED                                   7,756.13
UNSECURED                                 4,409.34
```

                   PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 04 B 27234 DONALD E FLEMING & PATSY D FLEMING

```
    INTEREST                                              654.28
ADMINISTRATIVE                                          2,700.00
TRUSTEE COMPENSATION                                    1,248.83
DEBTOR REFUND                                             406.67
                                   ---------------   ---------------
TOTALS                                  21,305.00         21,305.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
Dated: 03/05/09               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```